AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or  ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>20-1215 (MN) | DATE FILED<br>9/10/2020 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>INTERCEPT PHARMACEUTICALS, INC. and<br>INTERCEPT PHARMA EUROPE LTD. | | DEFENDANT<br><br>OPTIMUS PHARMA PVT. LTD. and<br>OPTIMUS DRUGS PRIVATE LTD. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,238,673 B2 | 1/19/2016 | Intercept Pharmaceuticals, Inc. |
| 2 | 10,047,117 B2 | 8/14/2018 | Intercept Pharmaceuticals, Inc. |
| 3 | 10,052,337 B2 | 8/21/2018 | Intercept Pharmaceuticals, Inc. |
| 4 | 10,174,073 B2 | 1/8/2019 | Intercept Pharmaceuticals, Inc. |
| 5 | 7,138,390 B2 | 11/21/2006 | Intercept Pharmaceuticals, Inc. - RE48,286 replaces this patent |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>11/11/2020 | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☒ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | RE48,286 E | 10/27/2020 | Intercept Pharmaceuticals, Inc. |
| 2 | | | |
| 3 | 10,758,549 B2 | 9/1/2020 | Intercept Pharmaceuticals, Inc. |
| 4 | | | '549 patent added by amendment on 11/20/2020 |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Consent Judgment - see attached |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>/s/ Mark D. Buckson, Jr. | DATE<br>1/17/2023 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director  Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director  Copy 4—Case file copy