IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 20-1105 (MN) <br> (CONSOLIDATED) |

## CONSENT JUDGMENT

Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe LTD. (hereinafter collectively "Intercept"), and Optimus Pharma Pvt. Ltd. and Optimus Drugs Private Ltd. (hereinafter collectively "Optimus"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 17th day of January 2023: ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Optimus Products" shall mean the 5 mg and 10 mg obeticholic acid drug products sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 214935 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean, with respect to a Party, any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by,

or is under common control with such Party. For purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (i) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (ii) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity; and (iii) "Licensed Patents" shall mean United States Patent Numbers RE48,286; 9,238,673; 10,047,117; 10,052,337; 10,174,073; 10,751,349; and 10,758,549.

3. The Licensed Patents are valid and enforceable.

4. The Optimus Products infringe the Licensed Patents.

5. Except as specifically authorized pursuant to the Settlement Agreement, Optimus, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Optimus Products.

6. Compliance with this Consent Judgment may be enforced by Intercept and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

7. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

8. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
The Honorable Maryellen Noreika
United States District Judge

We hereby consent to the form and entry of this Order:

<div style="columns:2">

Morris, Nichols, Arsht & Tunnell LLP

/s/ *Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

OF COUNSEL:

Christopher Sipes
Jeffrey Elikan
Megan Keane
Eric R. Sonnenschein
Priscilla Dodson
Douglas A. Behrens
Alexander R. Trzeciak
Daniel J. Farnoly
Laura M. Martin
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

*Attorneys for Plaintiffs Intercept Pharmaceuticals, Inc. and Intercept Pharma Europe LTD.*

January 17, 2023

Kratz & Barry LLP

/s/ *R Touhey Myer*

R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE  19801
(302) 527-9378
tmyer@kratzandbarry.com

OF COUNSEL:

Michael P. Hogan
Kratz & Barry LLP
325 Chestnut Street, Suite 876, #259
Philadelphia, PA  19106
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendants Optimus Pharma Pvt. Ltd. and Optimus Drugs Private Ltd.*

</div>